**Arlando VAIL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100611.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

June 3, 2014.

Gwenda Renee Robinson, St. Louis, MO, for appellant.

Chris Koster, Jennifer A. Rodewald, Jefferson City, MO, for respondent.

Before: ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., and PHILIP M. HESS, J.

#### *ORDER*

PER CURIAM.

Arlando Vail appeals the denial of his motion for post-conviction relief under Mo. R.Crim. P. 29.15 (2013). We have reviewed the briefs of the parties and the record on appeal, and we conclude an ex-

tended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2013).